**Dismissed; Opinion Filed October 7, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00958-CR

**AARON PARSONS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-48277-U**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Myers

Before the Court is appellant's October 2, 2019 motion to withdraw his notice of appeal.

The motion is signed by appellant and his counsel. *See* TEX. R. APP. P. 42.2(a). We grant the

motion and dismiss this appeal.

/Lana Myers/
LANA MYERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
190958F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

AARON PARSONS, Appellant

No. 05-19-00958-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F17-48277-U.
Opinion delivered by Justice Myers,
Justices Osborne and Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 7th day of October, 2019.